*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, DEERWESTER, and FOIL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jonathan C. SMITH**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202000197**

Decided: 31 March 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
John P. Norman

Sentence adjudged 19 May 2020 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months,[1] and a bad-conduct discharge.

For Appellant:
*Captain Jeremiah J. Sullivan, JAGC, USNR*

For Appellee:
*Brian K. Keller, Esq.*

_____

[1] The convening authority suspended confinement in excess of 6 months pursuant to a plea agreement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court